**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| THE EQUAL RIGHTS CENTER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. AW-05-2626 |
| | * | |
| AVALONBAY COMMUNITIES, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

**************************************************************************

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, IT IS this **23rd day of March, 2009**, by the United States District Court for the District of Maryland, **ORDERED**:

1. That AvalonBay's Motion to Dismiss or, in the alternative, for Summary Judgment (Docket No. 8) BE, and the same hereby IS, **DENIED**;

2. That a scheduling order will be issued in this case; AND

3. That the Clerk of the Court transmit a copy of this Order to all counsel of record.

                                                          /s/
                                      Alexander Williams, Jr.
                                      United States District Judge